**Richard TERFLINGER,**
**Plaintiff–Appellant,**

v.

**Michael C. SAYRE, M.D.; et al.,**
**Defendants–Appellees.**

No. 11–15058.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 5, 2012.

Richard Terflinger, Crescent City, CA, pro se.

John Randall Andrada, Esquire, Matthew Roman, Andrada & Associates Pro-

fessional Corporation, Oakland, CA, Amelia F. Burroughs, Michael William Morrison, Janssen Malloy LLP, Eureka, CA, for Defendants–Appellees.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Richard Terflinger, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Terflinger failed to raise a genuine dispute of material fact as to whether defendants treatment of his degenerative joint disease in his left knee constituted deliberate indifference. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health, and a difference of opinion concerning the appropriate course of treatment does not amount to deliberate indifference).

Terflinger's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.